# EXHIBIT A

81.2

U. S. Naval Auxiliary Landing Field
San Diego, California
N-Calif-745
(City of San Diego)

### QUITCLAIM DEED

THIS INDENTURE, made this 1st day of September, 1962, between the UNITED STATES OF AMERICA, acting by and through the ADMINISTRATOR OF GENERAL SERVICES, under and pursuant to the powers and authority contained in the provisions of the Federal Property and Administrative Services Act of 1949 (63 Stat. 377), as amended, and the Surplus Property Act of 1944 as amended thereby, and applicable rules, regulations and orders, Party of the First Part, and the CITY OF SAN DIEGO, a municipal corporation under the laws of the State of California, Party of the Second Part,

WITNESSETH: That the said Party of the First Part, for and in consideration of the assumption by the Party of the Second Part of all the obligations and its taking subject to certain reservations, restrictions and conditions and its covenant to abide by and agreement to certain other reservations, restrictions and conditions, all as set out hereinafter, and other good and valuable consideration, has remised, released and forever quitclaimed, and by these presents does remise, release and forever quitclaim, unto the said Party of the Second Part, its successors and assigns, under and subject to the reservations, restrictions, conditions, exceptions, and rights hereinafter set out, all its right, title and interest in the following described property situated in the County of San Diego, State of California, to wit:

Township 18 South, Range 1 West

Section 27: SE 1/4, SW 1/4 EXCEPT 5.00 acres belonging to Alta Loma School District located in the Southeast corner, being West 330.00 feet by North 660.00 feet;

Section 28: NE 1/4, SE 1/4, NE 1/4 of SW 1/4, SE 1/4 of SW 1/4, SW 1/4 of SW 1/4, N 1/2 of NW 1/4 of SW 1/4, S 1/2 of NW 1/4 of SW 1/4, Lot 3, E-3/4 of SE 1/4 of NW 1/4, West 10.00 acres of SE 1/4 of NW 1/4, East 10.00 acres of Lot 4, ALSO
that portion of Lot 4 described as follows: COMMENCING at the concrete monument located at the corner common to Sections 28, 29, 32 and 33, Township 18 South, Range 1 West, San Bernardino Meridian; thence North 0° 10' 20" East along the Westerly line of Section 28, a distance of 2660.16 feet to a one-inch iron pipe, said pipe being located at the Southwest corner of the Northwest quarter of Section 28 and also being the TRUE POINT OF BEGINNING; thence continuing along said Westerly line of Section 28, a distance of 300.04 feet; thence South 88° 53' 40" East, a distance of 1030.82 feet to a point in the West line of the East 10.00 acres of Lot 4 in said Section 28; thence South 0° 13' 00" West along said West line, a distance of 300.04 feet to a point, said point being in the Southerly line of the Northwest quarter of Section 28; thence

U. S. Naval Auxiliary Landing Field
San Diego, California
N-Calif-745
(City of San Diego)

813

U. S. Naval Auxiliary Landing Field
San Diego, California
N-Calif-745
(City of San Diego)

    North 88° 53' 40" West along the Southerly line of the Northwest quarter of Section 28, a distance of 1030.82 feet to the TRUE POINT OF BEGINNING;

Section 32:  E 1/4 of NE 1/4 of NE 1/4, W 1/2 of E 1/2 of NE 1/4 of NE 1/4.

TOTAL AREA contains 894.614 acres, more or less.

    EXCEPTING THEREFROM and reserving unto the Party of the First Part, its successors and assigns, the following described access road easement:

    That portion of Section 28, Township 18 South, Range 1 West, San Bernardino Meridian, in the County of San Diego, State of California, included within a strip of land 50.00 feet in width, lying 25.00 feet when measured at right angles on each side of the following described center line:

    BEGINNING at a point in the East line of said Section 28, distant thereon South 0° 47' 20" West, 1734.20 feet from the Northeast corner thereof; thence South 84° 47' 10" West, 615.13 feet to the beginning of a tangent curve to the left having a radius of 415.00 feet and a central angle of 17° 05' 20"; thence Southwesterly along the arc of said curve, a distance of 123.78 feet; thence South 67° 41' 50" West, 520.41 feet to the beginning of a tangent curve to the left having a radius of 145.00 feet and a central angle of 55° 18' 10"; thence Southwesterly and Southerly along the arc of said curve, a distance of 139.96 feet; thence South 12° 23' 40" West, 410.99 feet to the beginning of a tangent curve to the right, having a radius of 125.00 feet, and a central angle of 78° 36' 50"; thence Southerly and Westerly along the arc of said curve, a distance of 171.51 feet; thence North 89° 00' 30" West, 2328.63 feet to the beginning of a tangent curve to the right, having a radius of 165.00 feet and a central angle of 33° 41' 35"; thence Westerly and Northwesterly along the arc of said curve, a distance of 97.01 feet; thence North 55° 18' 55" West, 401.06 feet to the beginning of a tangent curve to the left, having a radius of 150.00 feet and a central angle of 33° 36' 10"; thence Northwesterly and Westerly along the arc of said curve, a distance of 87.97 feet; thence North 88° 55' 05" West, 1016.17 feet to a point in the West line of said Section 28, which said point bears North 0° 08' 10" East, 275.04 feet from the West quarter corner thereof, containing 6.79 acres, more or less.

    SUBJECT TO rights of way, restrictions, reservations and easements existing or of record.

    AND FURTHER, the Party of the First Part, for the consideration hereinbefore expressed does hereby assign and transfer to Party of the Second Part, subject to the terms and conditions of this conveyance, all of the Party of the First Part's right, title and interest in and to the following described buildings, structures, utilities and miscellaneous facilities located on the land transferred by this instrument, to wit:

814

U. S. Naval Auxiliary Landing Field
San Diego, California
N-Calif-745
(City of San Diego)

| Bldg. No. | Description | Bldg. No. | Description |
|---|---|---|---|
| 1 | Operation Building & Control Tower | 89 | Barracks Building |
| 2 | Nose Hangar | 90 | Barracks Building |
| 3 | Nose Hangar | 91 | Barracks Building |
| 4 | Nose Hangar | 93 | Training Building |
| 5 | Fire House | 96 | Magazine Building |
| 6 | Shop Building | 97 | Magazine Building |
| 7 | Maintenance Hangar | 99 | Flammable Storehouse |
| 9 | Warehouse | 101 | Filling Station Building |
| 10 | Warehouse | 105 | Pistol Range Office Building |
| 11 | Recreation Building | 106 | Lighting Vault |
| 12 | Warehouse | 107 | Battery Shop |
| 13 | Shop Building | 108 | Storage Building |
| 14 | Heating Plant | 110 | Line Shack |
| 15 | Administration Building | 111 | GCA Maintenance Shop |
| 16 | Navy Exchange Building | 123 | Pistol Range, Target House |
| 18 | Recreation Building | 124 | Ordnance Building |
| 19 | Barracks | 126 | Aircraft Crash Station |
| 20 | Barracks | 128 | Gatehouse |
| 21 | Barracks | 129 | Flammable Storehouse |
| 22 | Barracks | 130 | Flammable Storehouse |
| 23 | Barracks | 131 | Filling Station |
| 24 | Barracks | 132 | PW Shop |
| 25 | Hobby Shop | 133 | Flammables Storehouse |
| 43 | Community Building | 134 | Vehicle Maintenance Facility |
| 49 | Warehouse | 135 | Platform |
| 50 | Administration Building | 138 | Storage Building |
| 51 | Pump House | 139 | Line Shack |
| 52 | Pump House | 140 | Administration Building |
| 53 | Maintenance Shop | 141 | Rental Housing |
| 54 | Instruction Building | 142 | Rental Housing |
| 55 | Warehouse | 143 | Rental Housing |
| 56 | Warehouse | 144 | Rental Housing |
| 57 | Chlorinator Building | 145 | Rental Housing |
| 58 | Gymnasium Building | 146 | Rental Housing |
| 60 | Administration Building | 147 | Rental Housing |
| 63 | Warehouse | 148 | Rental Housing |
| 64 | Shop Building | 149 | Rental Housing |
| 65 | Warehouse | 150 | Laundry Building (Homoja type) |
| 66 | Warehouse | 151 | Rental Housing (Homoja type) |
| 67 | Administration Building | 152 | Rental Housing (Homoja type) |
| 68 | Warehouse | 153 | Rental Housing (Homoja type) |
| 69 | Hobby Shop | 154 | Rental Housing (Homoja type) |
| 70 | Administration Building | 155 | Rental Housing (Homoja type) |
| 71 | Storehouse | 156 | Rental Housing (Homoja type) |
| 72 | Toilet Building | 157 | Rental Housing (Homoja type) |
| 73 | Toilet Building | 158 | Rental Housing (Homoja type) |
| 75 | Transmitter Building | 159 | Rental Housing (Homoja type) |
| 81 | Shop Building | 160 | Rental Housing (Homoja type) |
| 82 | Barracks | 161 | Rental Housing (Homoja type) |
| 83 | Shop Building | 162 | Rental Housing (Homoja type) |
| 84 | Administration Building | 163 | Rental Housing (Homoja type) |
| 85 | Administration Building | 164 | Rental Housing (Homoja type) |
| 86 | Administration Building | 165 | Rental Housing (Homoja type) |
| 87 | Subsistence Building | 166 | Rental Housing (Homoja type) |
| 88 | Barracks Building | 167 | Rental Housing (Homoja type) |
|   |   | 168 | Rental Housing (Homoja type) |

815

U. S. Naval Auxiliary Landing Field
San Diego, California
N-Calif-745
(City of San Diego)

| Bldg. No. | Description | Bldg. No. | Description |
|---|---|---|---|
| 169 | Rental Housing (Homoja Type) | 917 | Tank |
| | | 918 | Tank |
| 170 | Playing Field - softball | 919 | Tank |
| 171 | Playing Field - softball | 920 | Tank |
| 172 | Playing court - tennis | 921 | Tank |
| 173 | Playing court - handball | 922 | Sewage Treatment Plant |
| 174 | Playing court - basketball | 923 | Sewage Treatment Plant |
| 175 | Playing court - handball | 924 | Tank |
| | | 926 | Tank |
| 176 | Beacon | 927 | Tank |
| 177 | Obstruction Lighting | 928 | Tank |
| 178 | Obstruction Lighting | 929 | Tank |
| 179 | Antenna | 930 | Tank |
| 180 | Flagpole | 934 | Tank |
| 182 | Grizzly | 935 | Tank |
| 183 | Small Arms Range | 943 | Tank |
| 184 | Tank | 951 | Sewage Treatment Plant |
| 185 | Incinerator | 952 | Sewage Treatment Plant |
| 186 | Tetrahedrone | 953 | Sewage Treatment Plant |
| 187 | Crane | 954 | Sewage Treatment Plant |
| 194 | Ramp | 955 | Sewage Treatment Plant |
| 196 | Pomola Landing Aid | 956 | Sewage Treatment Plant |
| 197 | A/C Landing Practice Facility | 957 | Sewage Treatment Plant |
| | | 958 | Sewage Treatment Plant |
| 198 | A/C Landing Practice Facility | 959 | Sewage Treatment Plant |
| | | 960 | Sewage Treatment |
| 201 | Tank | | Elect. Distr. Line & Street Lighting |
| 202 | Elect. Dist. Plant Building | | Elect. Distr. Line (Housing Area) |
| 203 | Ground Control Approach Pad | | Communication Lines |
| 204 | Storage Building | | Water Distr. Pipe Line & Water Supply Treatment |
| 205 | Aircraft Truck Fueling Facility | | Water Distr. Pipe Line (Housing Area) |
| 206 | Aircraft Truck Fueling Facility | | Water Distr. Pipe Line |
| 901 | Tank | | Combined Sewer (Housing Area) |
| 902 | Tank | | Combined Sewer (Station Area) |
| 903 | Tank | | Drainage ditch |
| 904 | Tank | | Taxiway Lighting |
| 905 | Tank | | Runway Lighting |
| 906 | Tank | | Taxiways |
| 907 | Potable Water Dist. Pipeline Facility | | Runways |
| | | | A/C Parking Apron |
| 908 | Water Tank | | Security Fencing & Gate |
| 909 | Tank | | Roads |
| 910 | Tank | | Sidewalks |
| 914 | Tank | | Parking area |
| 915 | Tank | | Paved Open Storage Area |
| 916 | Tank | | |

Said property transferred hereby was duly determined to be
surplus and was assigned to the General Services Administration for
disposal, pursuant to the powers and authority contained in the pro-
visions of the Federal Property and Administrative Services Act of 1949
(63 Stat. 377), as amended, and applicable rules, regulations and orders.

- 4 -

816

U. S. Naval Auxiliary Landing Field
San Diego, California
N-Calif-745
(City of San Diego)

      TO HAVE AND TO HOLD said premises, with the appurtenances, under and subject to the reservations, restrictions and conditions set forth in this instrument, unto the said Party of the Second Part, its successors and assigns forever.

      By the acceptance of this deed or any rights hereunder, the said Party of the Second Part, for itself, its successors and assigns, agrees that the transfer of the property transferred by this instrument is accepted subject to the following restrictions set forth in subparagraphs (1) and (2) of this paragraph, which shall run with the land, imposed pursuant to the authority of Article 4, Section 3, Clause 2, of the Constitution of the United States of America, the Federal Property and Administrative Services Act of 1949, the Surplus Property Act of 1944, as amended, Reorganization Plan One of 1947 (12 Fed. Reg. 4534), and applicable rules, regulations and orders:

      (1) That, except as provided in subparagraph (6) of the next succeeding unnumbered paragraph, the land, buildings, structures, improvements and equipment in which this instrument transfers any interest shall be used for public airport purposes for the use and benefit of the public, on reasonable terms and without unjust discrimination and without grant or exercise of any exclusive right for use of the airport within the meaning of the term "exclusive right" as used in subparagraph (4) of the next succeeding paragraph. As used in this instrument, the term "airport" shall be deemed to include at least all such land, buildings, structures, improvements and equipment.

      (2) That, except as provided in subparagraph (6) of the next succeeding paragraph, the entire landing area, as defined in GSA Regulation 2-I-102.01a.10, and all structures, improvements, facilities and equipment in which this instrument transfers any interest shall be maintained for the use and benefit of the public at all times in good and serviceable condition, provided, however, that such maintenance shall be required as to structures, improvements, facilities and equipment only during the remainder of their estimated life, as determined by the Administrator of the Federal Aviation Agency or his successor. In the event materials are required to rehabilitate or repair certain of the aforementioned structures, improvements, facilities or equipment, they may be procured by demolition of other structures, improvements, facilities or equipment transferred hereby and located on the above described premises which have outlived their use as airport property in the opinion of the Administrator of the Federal Aviation Agency or his successor.

      By the acceptance of this deed or any rights hereunder, the said Party of the Second Part for itself, its successors and assigns also assumes the obligations of, covenants to abide by and agrees to, and this transfer is made subject to, the following restrictions and reservations set forth in subparagraphs (1) to (11), inclusive, of this paragraph, which shall run with the land, imposed pursuant to the authority of Article 4, Section 3, Clause 2, of the Constitution of the United States of America, the Federal Property and Administrative Services Act of 1949, the Surplus Property Act of 1944, as amended, Re-organization Plan One of 1947 (12 Fed. Reg. 4534), and applicable rules, regulations and orders:

- 5 -

817

U. S. Naval Auxiliary Landing Field
San Diego, California
N-Calif-745
(City of San Diego)

(1) That insofar as it is within its powers, the Party of the Second Part shall adequately clear and protect the aerial approaches to the airport by removing, lowering, relocating, marking or lighting or otherwise mitigating existing airport hazards and by preventing the establishment or creation of future airport hazards.

(2) That the United States of America (hereinafter sometimes referred to as the "Government") through any of its employees or agents shall at all times have the right to make nonexclusive use of the landing area of the airport at which any of the property transferred by this instrument is located or used, without charge: Provided, however, that such use may be limited as may be determined at any time by the Administrator of the Federal Aviation Agency or his successor to be necessary to prevent undue interference with use by other authorized aircraft: Provided, further, that the Government shall be obligated to pay for damages caused by such use, or if its use of the landing area is substantial, to contribute a reasonable share of the cost of maintaining and operating the landing area, commensurate with the use made by it.

(3) That during any national emergency declared by the President of the United States of America or the Congress thereof, the Government shall have the right to make exclusive or nonexclusive use and have exclusive or nonexclusive control and possession, without charge, of the airport at which any of the property transferred by this instrument is located or used, or of such portion thereof as it may desire, provided, however, that the Government shall be responsible for the entire cost of maintaining such part of the airport as it may use exclusively, or over which it may have exclusive possession or control, during the period of such use, possession, or control, and shall be obligated to contribute a reasonable share, commensurate with the use made by it, of the cost of maintenance of such property as it may use nonexclusively or over which it may have nonexclusive control and possession; Provided, further, that the Government shall pay a fair rental for its use, control, or possession, exclusively or nonexclusively of any improvements to the airport made without United States aid and never owned by the United States.

(4) That no exclusive right for the use of the airport at which the property transferred by this instrument is located shall be vested (directly or indirectly) in any person or persons to the exclusion of others in the same class, the term "exclusive right" being defined to mean

(a) any exclusive right to use the airport for conducting any particular aeronautical activity requiring operation of aircraft;

(b) any exclusive right to engage in the sale or supplying of aircraft, aircraft accessories, equipment, or supplies (excluding the sale of gasoline and oil), or aircraft services necessary for the operation of aircraft (including the maintenance and repair of aircraft, aircraft engines, propellers, and appliances).

(5) That, except as provided in subparagraph (6) of this paragraph, the property transferred hereby may be successively transferred only with the approval of the Administrator of the Federal Aviation Agency, or his successors, and only with the proviso that any

- 6 -

U. S. Naval Auxiliary Landing Field
San Diego, California
N-Calif-745
(City of San Diego)

such subsequent transferee assumes all the obligations imposed upon the Party of the Second Part by the provisions of this instrument.

(6) That no property transferred by this instrument shall be used, leased, sold, salvaged, or disposed of by the Party of the Second Part for other than airport purposes without the written consent of the Administrator of the Federal Aviation Agency, which shall be granted only if said Administrator determines that the property can be used, leased, sold, salvaged or disposed of for other than airport purposes without materially and adversely affecting the development, improvement, operation or maintenance of the airport at which such property is located.

(7) That no equipment or device capable of generating radio frequency interference on or about 108 megacycles or frequency band of 148 megacycles to 150.8 megacycles shall be installed or operated at the airport.

(8) That aircraft making use of the airport shall not be permitted to fly over the United States Naval Space Surveillance System antenna fields below an altitude of 1,500 feet absolute. Said antenna fields are located in the vicinity of the property herein conveyed.

(9) That arc welding equipment shall not be operated on the airport unless within the confines of a well shielded metallic structure. Exception to this provision may be obtained by conducting a coordinated test with the United States Space Surveillance Station and if interference test results are negative, operation will be permitted.

(10) That any new installation of low tension distribution shall be carried underground if located within one-quarter (1/4) mile of the said antenna fields.

(11) That no high tension power lines up to 100 KV shall be installed within one-half (1/2) mile of the said antenna fields. High tension lines in excess of 100 KV shall be located at least one mile from the said antenna fields.

(12) The Party of the Second Part does hereby release the Government, and will take whatever action may be required by the General Services Administrator to assure the complete release of the Government from any and all liability the Government may be under for restoration or other damages under any lease or other agreement covering the use by the Government of the airport, or part thereof, owned, controlled or operated by the Party of the Second Part, upon which, adjacent to which, or in connection with which, any property transferred by this instrument was located or used; Provided, that no such release shall be construed as depriving the Party of the Second Part of any right it may otherwise have to receive reimbursement under Section 17 of the Federal Airport Act for the necessary rehabilitation or repair of public airports heretofore or hereafter substantially damaged by any Federal agency.

By acceptance of this instrument or any rights hereunder, the Party of the Second Part further agrees with the Party of the First Part as follows:

819

U. S. Naval Auxiliary Landing Field
San Diego, California
N-Calif-745
(City of San Diego)

(1) That in the event that any of the aforesaid terms, conditions, reservations or restrictions are not met, observed, or complied with by the Party of the Second Part or any subsequent transferee, whether caused by the legal inability of said Party of the Second Part, or subsequent transferee, to perform any of the obligations herein set out, or otherwise, the title, right of possession and all other rights transferred by this instrument to the Party of the Second Part, or any portion thereof, shall at the option of the Party of the First Part revert to the Party of the First Part sixty (60) days following the date upon which demand to this effect is made in writing by the Administrator of the Federal Aviation Agency or his successor in function, unless within said sixty (60) days such default or violation shall have been cured and all such terms, conditions, reservations or restrictions shall have been met, observed or complied with, in which event said reversion shall not occur and title, right of possession, and all other rights transferred hereby, except such, if any, as shall have previously reverted, shall remain vested in the Party of the Second Part, its transferees, successors and assigns.

(2) That if the construction as covenants of any of the foregoing reservations and restrictions recited herein as covenants or the application of the same as covenants in any particular instance is held invalid, the particular reservations or restrictions in question shall be construed instead merely as conditions upon the breach of which the Government may exercise its option to cause the title, right of possession and all other rights transferred to the Party of the Second Part, or any portion thereof, to revert to it, and the application of such reservations or restrictions as covenants in any other instance and the construction of the remainder of such reservations and restrictions as covenants shall not be affected thereby.

IN WITNESS WHEREOF, the Party of the First Part has caused these presents to be executed as of the day and year first above written.

UNITED STATES OF AMERICA
Acting by and through the
ADMINISTRATOR OF GENERAL SERVICES

By _____
     Fred H. Johnston
Chief, Real Property Division
Utilization and Disposal Service
General Services Administration
Region 9, San Francisco, California

- 8 -

STATE OF CALIFORNIA )
( ss:
City and County of San Francisco )

On this 13th day of September, 1962, before me, Sigrid E. Anderson, a Notary Public in and for the City and County of San Francisco, State of California, personally appeared FRED H. JOHNSTON, known to me to be the Chief, Real Property Division, Utilization and Disposal Service, General Services Administration, Region 9, San Francisco, California, and acknowledged that he executed the within instrument on behalf of the United States of America, acting by and through the Administrator of General Services.

WITNESS my hand and official seal.

*Sigrid E. Anderson*
Sigrid E. Anderson
Notary Public
in and for the City and County of
San Francisco, State of California

(S E A L)

My Commission Expires: March 4, 1965

FILE/PAGE NO. 173165
RECORDED REQUEST OF
CITY CLERK

Oct 8  12.11 PM '62

SERIES 3 BOOK 1962
OFFICIAL RECORDS    NO FEE
SAN DIEGO COUNTY, CALIF.
A. S. GRAY, RECORDER

1202

INSTRUMENT OF RELEASE

WHEREAS, the UNITED STATES OF AMERICA, acting by and through the General Services Administrator, under and pursuant to the powers and authority contained in the Federal Property and Administrative Service Act of 1949 (63 Stat. 377) and the Surplus Property Act of 1944 (58 Stat. 765), as amended, by instrument entitled "Quitclaim Deed" and dated September 1, 1962 and recorded as Instrument No. 173,165 in Series 3, Page 1962, Official Records of San Diego County, did remise, release and forever quitclaim to the City of San Diego, its successors and assigns, all right, title and interest of the United States in and to certain property known as the U. S. Naval Auxiliary Landing Field (presently known as Brown Field), subject to certain conditions, reservations, exceptions and restrictions; and

WHEREAS, the aforesaid Grantee has requested the Administrator of the Federal Aviation Agency to release said airport from the following reservation in said Quitclaim Deed:

> (3) That during any national emergency declared by the President of the United States of America or the Congress thereof, the Government shall have the right to make exclusive or nonexclusive use and have exclusive or nonexclusive control and possession, without charge, of the airport at which any of the property transferred by this instrument is located or used, or of such portion thereof as it may desire, provided, however, that the Government shall be responsible for the entire cost of maintaining such part of the airport as it may use exclusively, or over which it may have exclusive possession or control, during the period of such use, possession, or control, and shall be obligated to contribute a reasonable share, commensurate with the use made by it, of the cost of maintenance of such property as it may use nonexclusively or over which it may have nonexclusive control and possession; Provided, further, that the Government shall pay a fair rental for its use, control, or possession, exclusively or nonexclusively of any improvements to the airport made without United States aid and never owned by the United States,

which said reservation is commonly known as the National Emergency Use Provision; and

WHEREAS, the Administrator of the Federal Aviation Agency, under and pursuant to the powers and authority contained in Public Law 81-311 (63 Stat. 700) is authorized to grant a release from any of the terms, conditions, reservations and restrictions contained in, and to convey, quitclaim or release any right or interest reserved to the United States by any instrument of disposal

1203

under which surplus airport property was conveyed to a non-Federal public agency pursuant to Section 13 of the Surplus Property Act of 1944, as amended; and

WHEREAS, the Administrator of the Federal Aviation Agency has determined that the release of the said Brown Field from the above-mentioned reservation will not prevent accomplishment of the purpose for which the property was made subject to such conditions, reservations, covenants and restrictions and is necessary to protect or advance the interests of the United States in civil aviation.

NOW, THEREFORE, in consideration of the benefits to accrue to the United States and to civil aviation, the UNITED STATES OF AMERICA, acting by and through the Administrator of the Federal Aviation Agency under and pursuant to the powers and authority contained in Public Law 81-311 and applicable rules, regulations and orders, hereby releases the real and personal property known as Brown Field, as described in and conveyed by the aforesaid Quitclaim Deed dated September 1, 1962, from the above-recited National Emergency Use Provision contained in said Quitclaim Deed dated September 1, 1962, but from no other condition, reservation, exception or restriction in said deed contained or provided.

IN WITNESS WHEREOF, the UNITED STATES OF AMERICA has caused this Instrument to be executed as of the 11th day of June, 1964.

UNITED STATES OF AMERICA
The Administrator of the Federal Aviation Agency

By _Charles J. Winger_
Chief, Airports Division, Western Region

STATE OF CALIFORNIA ) 
) ss
COUNTY OF LOS ANGELES)

On this 11th day of June, 1964, before me _Constance Cady_, a Notary Public in and for the County of Los Angeles, State of California, personally appeared _Charles J. Winger_, known to me to be the Chief, Airports Division, Western Region, Federal Aviation Agency, and known to me to be the person whose name is subscribed to the within Instrument and acknowledged that he executed the same on behalf of the Administrator of the Federal Aviation Agency and the UNITED STATES OF AMERICA

WITNESS my hand and official seal.

_Constance Cady_
Notary Public in and for the County of Los Angeles, State of California

My Commission Expires:

_March 5, 1966_

- 2 -

**OFFICIAL RECORDS COUNTY OF SAN DIEGO A.S. GRAY RECORDER**

1204

FILE/PAGE NO. 128960
RECORDED REQUEST OF

**CITY CLERK**

JUL 16  3 36 PM '64

SERIES 5 BOOK 1964
OFFICIAL RECORDS
SAN DIEGO COUNTY, CALIF.
A. S. GRAY, RECORDER

NO FEE

DOCUMENT NO. 673464

FILED  JUL 9  1964
OFFICE OF THE CITY CLERK
SAN DIEGO, CALIFORNIA

Instrument of Release of

United States of America
To
City of San Diego

This is to certify that the interest in real property conveyed by this deed or grant was accepted pursuant to City Council Resolution No. 180646 adopted on JUL 14 1964 and the grantee thereby consents to recordation thereof.

PHILLIP ACKER, City Clerk
By _____ Deputy

JUL 8  12 59 PM 1964
CITY CLERK'S OFFICE
RECEIVED
SAN DIEGO, CALIFORNIA