UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SANDERS, an individual, TAC AIR OPS, LLC, KAPOWSIN AIR SPORTS, LTD, THE CITY OF SAN DIEGO, a municipality, BROWN FIELD MUNICIPAL AIRPORT, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 23-cv-1000-W-DDL<br><br>**ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [DOC. 27]** |

Pending before the Court is the United States of America's Motion for Leave to File First Amended Complaint [Doc. 27]. The Court decides the matter on the papers submitted and without oral argument. *See* Civ. R. 7.1(d)(1).

The City of San Diego and Brown Field Municipal Airport (collectively, the "Municipal Defendants") oppose the Motion only on the grounds that granting the

Motion before ruling on Defendants' motion to dismiss [Doc. 23] would prejudice Defendants. (*Opp.* at 2-3.) The Court has ruled on that motion. (*See Order on Mot. to Dismiss* [Doc. 32].) Defendants do not oppose the Motion on substantive grounds. (*Opp.* at 2-3.)

Federal Rule of Civil Procedure 15(a) provides that after a responsive pleading has been served, a party may amend its complaint only with leave of court and leave "shall be freely given when justice so requires." FED. R. CIV. P. 15(a). Granting leave to amend rests in the sound discretion of the district court. *Pisciotta v. Teledyne Industries, Inc.*, 91 F.3d 1326, 1331 (9th Cir. 1996). Although the rule should be interpreted with extreme liberality, leave to amend is not to be granted automatically. *Jackson v. Bank of Hawaii*, 902 F.2d 1385, 1387 (9th Cir. 1990) (citations omitted). Five factors are considered to assess the propriety of a motion for leave to amend: (1) bad faith, (2) undue delay, (3) prejudice to the opposing party, (4) futility of amendment, and (5) whether the plaintiff has previously amended the complaint. *Johnson v. Buckley*, 356 F.3d 1067, 1077 (9th Cir. 2004).

In consideration of these factors, the Court **GRANTS** the United States' Motion [Doc. 27].

**IT IS SO ORDERED.**

Dated: September 28, 2023

Hon. Thomas J. Whelan
United States District Judge